

**Service of Process Transmittal**
04/29/2019
CT Log Number 535389842

| | |
|---|---|
| **TO:** | GREG STEVENS<br>RADIUS GLOBAL SOLUTIONS LLC<br>9550 REGENCY SQUARE BLVD STE 500<br>JACKSONVILLE, FL 32225-8169 |
| **RE:** | Process Served in New York |
| **FOR:** | Radius Global Solutions LLC  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOHN J. McCORMICK, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED, Pltf. vs. RADIUS GLOBAL SOLUTIONS LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Notice, Summons With Notice, Attachment(s) |
| **COURT/AGENCY:** | Suffolk County: Supreme Court, NY<br>Case # 6246152018 |
| **NATURE OF ACTION:** | Summons With Notice |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/29/2019 postmarked on 04/25/2019 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Mitchell L. Pashkin<br>775 Park Avenue, Ste., 255<br>Huntington, NY 11743<br>(631) 335-1107 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/30/2019, Expected Purge Date: 05/05/2019<br><br>Image SOP<br><br>Email Notification,  GREG STEVENS  greg.stevens@radiusgs.com<br><br>Email Notification,  VALERIE BARTOSH  valerie.bartosh@radiusgs.com<br><br>Email Notification,  MARTHA BRADLEY  martha.bradley@radiusgs.com<br><br>Email Notification,  RENEE BOGAR  renee.bogar@radiusgs.com<br><br>Email Notification,  Angela Nealey-Theard  atheard@sessions.legal<br><br>Email Notification,  DIANA ORELLANA  dorellana@sessions.legal<br><br>Email Notification,  Sessions Firm  Sessions.lawsuits@sessions.legal<br><br>Email Notification,  Donielle Lambert  dlambert@sessions.legal |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
04/29/2019
CT Log Number 535389842

| | | |
|---|---|---|
| **TO:** | GREG STEVENS<br>RADIUS GLOBAL SOLUTIONS LLC<br>9550 REGENCY SQUARE BLVD STE 500<br>JACKSONVILLE, FL 32225-8169 | |
| **RE:** | **Process Served in New York** | |
| **FOR:** | Radius Global Solutions LLC  (Domestic State: MN) | |

| | |
|---|---|
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 28 Liberty St<br>42 Floor<br>New York, NY 10005-1400 |
| **TELEPHONE:** | 212-590-9070 |

Page 2 of  2 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DOS-110 (Rev. 04/08)
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001



U.S. POSTAGE >> PITNEY BOWES

ZIP 12231  $ 004.15
02 1W
0001391831 APR 25 2019

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**USPS CERTIFIED MAIL**

USPS CERTIFIED MAIL

9214 8969 0059 7939 6028 93

201904230140
C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY, 10005

State of New York - Department of State
Division of Corporations

Party Served:
 RADIUS GLOBAL SOLUTIONS LLC

Plaintiff/Petitioner:
 MCCORMICK, JOHN J

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NY 10005

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 04/12/2019 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF**
-----------------------------------------------------------------x
John J. McCormick

                                Plaintiff/Petitioner,

        - against -                         Index No. 624615/18

Radius Global Solutions

                              Defendant/Respondent.
-----------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 4/10/19

Mitchell Pashkin, Esq.

Name                                    Address

Firm Name

                                        Phone

                                        E-Mail

To: _____

6/6/18

Index #          Page 2 of 2          EFM-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| JOHN J. McCORMICK,<br>ON BEHALF OF HIMSELF AND ALL OTHERS<br>SIMILIARLY SITUATED,<br><br>                    Plaintiff,<br>    -against-<br><br>RADIUS GLOBAL SOLUTIONS LLC<br>FK/A NORTHLAND GROUP, INC.,<br><br>                    Defendant | INDEX NO. 624615/2018<br>FILING DATE: 12/14/18<br><br>**SUMMONS**<br>**WITH NOTICE**<br><br>Plaintiff designates<br>Suffolk County<br>as the place of trial<br><br>The basis of the venue is<br>Plaintiff's residence |

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 14th day of December 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 14th day of December 2017, together with the costs of this action and attorney's fees.

Dated:          December 14, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

**Northland Group**

866-670-0483
General Business Hours: M – F 8 a.m. - 5 p.m. CT

December 14, 2017

John J Mccormick
15 Bay St
Center Moriches, NY 11934

**ACCOUNT INFORMATION**
**Creditor:** Discover Bank
**Discover Card Account #:** ************8254
PAYMENT ADDRESS:
P.O. Box 390846, Minneapolis, MN 55439
**NORTHLAND REFERENCE NUMBER**
F2423749
**CURRENT BALANCE DUE:** $9,412.42
**Settlement Offer:** $3,765.00


P.O. Box 390846
Minneapolis, MN 55439
Mail Code DSB2

---

Your Account Balance $9,412.42
Your Settlement Offer $3,765.00

---

Discover Bank will allow you to settle your account for $3,765.00 in 3 payments. Your first payment is due on 01/04/18 and the remaining 2 payments will be due on the 4th of each month thereafter. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. The payments must be received by their month's due date or this settlement arrangement will be cancelled. Once all three payments have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. Please send in the payments along with a payment stub to the address below.

**We are required by regulation of the New York State Department of Financial Services to notify you of the following information. This information is NOT legal advice:**

Your creditor or debt collector believes that the legal time limit (statute of limitations) for suing you to collect this debt may have expired. It is a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., to sue to collect on a debt for which the statute of limitations has expired. However, if the creditor sues you to collect on this debt, you may be able to prevent the creditor from obtaining a judgment against you. To do so, you must tell the court that the statute of limitations has expired.

Even if the statute of limitations has expired, you may choose to make payments on the debt. However, be aware: if you make a payment on the debt, admit to owing the debt, promise to pay the debt, or waive the statute of limitations on the debt, the time period in which the debt is enforceable in court may start again.

If you would like to learn more about your legal rights and options, you can consult an attorney or a legal assistance or legal aid organization.
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International.
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

 **Pay Online:** www.payments2northland.com

 **Pay by Phone:** Please call Northland Group at 866-670-0483.
We offer check by phone, Western Union, and credit card.

 **Pay by Mail:** Send payments to PO Box 390846, Minneapolis, MN 55439.

Northland Group is a collection agency. Northland Group does not sue people and cannot and will not sue you for any account placed with our office.

This collection agency's New York City Department of Consumer Affairs License number is 1283580.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been

Index No. 624615/2018

JOHN J. McCORMICK,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

Plaintiff(s),

-vs-

RADIUS GLOBAL SOLUTIONS LLC
FK/A NORTHLAND GROUP, INC.,

Defendant(s).

**SUMMONS WITH NOTICE**

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107