# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------------------------------------X
JOHN J. McCORMICK,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                                      INDEX NO. 624615/2018

            Plaintiff,

  -against-


RADIUS GLOBAL SOLUTIONS LLC
F/K/A NORTHLAND GROUP, INC.,

            Defendant.
---------------------------------------------------------------------X

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Radius Global Solutions, LLC d/b/a Northland Group, Inc., ("RGS"), has filed a Notice of Removal of this action with the United States District Court, Eastern District of New York. A copy of the notice is attached hereto as <u>Exhibit 1</u>.

The removal of this action was authorized by 28 U.S.C. § 1446. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court, for the Eastern District of New York.

Dated: May 8, 2019                        Respectfully submitted,

                                                <u>/s/ Aaron R. Easley</u>
                                                Aaron R. Easley, Esq. (2823797)
                                                SESSIONS, FISHMAN, NATHAN & ISRAEL
                                                3 Cross Creek Drive
                                                Flemington, NJ 08822-4938
                                                Telephone: (908) 237-1660
                                                Fax: (908) 237-1663

aeasley@sessions.legal
Attorney for Defendant,
Capital Management Services, L.P.

## CERTIFICATE OF SERVICE

I certify that on this 8th day of May, 2019, a copy of the foregoing was filed electronically in the New York State Courts Electronic Filing System. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Mitchell L. Pashkin
775 Park Ave., Ste. 255
Huntington, NY 11743
mpash@verizon.net

/s/ Aaron R. Easley
Aaron Easley, Esq.