UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 05 2019 ★

BROOKLYN OFFICE

JOHN J. McCORMICK,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

           Plaintiff,

v

RADIUS GLOBAL SOLUTIONS LLC
F/K/A NORTHLAND GROUP, INC.,

           Defendant.

Civil Action, File No.
2:19-cv-02701-WFK-SMG

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal
*Attorney for Defendant*

The application is ✓ granted.
SO ORDERED         denied.

s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: Dec. 14, 2019
Brooklyn, New York